In the Matter of the Judicial Settlement of the Accounts of CHARLES A. WHITE, as Administrator, etc., of PETER BAKOS, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

FRANK HOLLAND, Appellant, v. LAMMERTS, INC., Respondent.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Intermediate Accounting of EDWARD C. BRITCHER, as Committee of JAMES CARROLL, an Incompetent.— Motion for a reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

IRENE L. COSTICH and Others, as Administrators, etc., of OLIVER U. COSTICH, Deceased, and IRENE L. COSTICH, Appellants, v. THE PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN EDGEWORTH, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Motion for a reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v. UNION TRUST COMPANY OF ROCHESTER, Appellant.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

CECELIA MCCARTHY, Appellant, v. WILLIAM LEVIN CONSTRUCTION CO., INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

ANNA ROBINSON, Appellant, v. HELEN WILCZYNSKI, Respondent.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.